**Dismiss and Opinion Filed June 14, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-01173-CV

**HENRY MISHKOFF, Appellant**
**V.**
**SONIA BRYANT, Appellee**

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-01040-2022**

## MEMORANDUM OPINION

Before Justices Nowell, Goldstein, and Breedlove
Opinion by Justice Nowell

We questioned our jurisdiction over this appeal from the trial court's October 4, 2022 summary judgment order as the order did not appear to be appealable. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 205 (Tex. 2001) (when, as here, judgment does not follow conventional trial on merits, judgment is appealable if it actually disposes of every pending claim and party or "clearly and unequivocally" states it finally disposes of all claims and parties). As reflected in the record, the parties asserted claims against each other. The order disposed of appellant's claim against appellee but did not dispose of appellee's counterclaim against appellant or

contain language indicating it finally disposed of all claims and parties. *See id.* Additionally, nothing in the record before us reflected the counterclaim had otherwise been disposed.

In jurisdictional briefing filed at our request, appellant does not dispute appellee's counterclaim remains pending. Accordingly, on the record before us, we dismiss the appeal for want of jurisdiction. *See id.*; *see also* TEX. R. APP. P. 42.3(a).

221173f.p05

/Erin A. Nowell//
ERIN A. NOWELL
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

HENRY MISHKOFF, Appellant

No. 05-22-01173-CV          V.

SONIA BRYANT, Appellee

On Appeal from the 471st Judicial
District Court, Collin County, Texas
Trial Court Cause No. 471-01040-
2022.
Opinion delivered by Justice Nowell,
Justices Goldstein and Breedlove
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Sonia Bryant recover her costs, if any, of this appeal from appellant Henry Mishkoff.

Judgment entered this 14th day of June, 2023.